Ours is the big ones. I use pretty big data. I represent almost two hours in a month. And the elections are five days from now. I'm sorry. I may have referenced the corporation in this case. It's only one case this year. We do not sign the relevance if any of the subject matters. It is necessary to submit an annual agency scoring for the 2020 election test. As with all of the RISC-C tests, this may serve well after the determination of your signature. Therefore, this issue is of little value. It is an issue that requires an investigation and evidence of sabotage and retaliation. I'm sorry. It's free. It's free. So, you're using the previous scoring to upgrade the interest of that one? It's free for three years. So, you're being asked to test all the valid tests and get to find the best results. The question becomes, how accurate is the RISC-C test that is administered 20 years or more after the incendice and more than 25 or 30 years after the end of the developmental period? Well, these are perceived to be consistent. These are some collateral consequences. These are consistent. If all other things are equal, the problem, of course, is inherent. This is the state's concern. And even though there's a lot of evidence and experts have been consulted, there's one piece of evidence that's lingering on the part of the state, which I think that everybody agrees renders the test consultants questionable. Well, certainly, there's a lot of evidence that's lingering on the part of the state. It's not just the state. I'm sorry. There's two instances where lingering was suspected and there is. It's historic in the record. What conclusion is there? And just thinking about it, what is it? Well, it's something different. It's something different. It's something different. It's something different. It's something different. It's something different. It's got to be a morphing vessel of a... I'm going to try to be table-spoken here. One reason is that it's very close. It works for a lot of things. I mean, you can see some of the research that's coming out. It looks interesting, or I think that's true. Dr. Seuss. I'm Dr. Seuss. I'm a state expert. And this is for you, Laura. I'm sorry, Laura. What's the lingering? Because you administered the tongue test, the test of the lingering. And you stated that you wasn't hearing the lingering. Which leads us to 5-point range. Are there any further tests? And then we'll move on now. There is. There is. First, I want to just say one thing. So, let's stick to the tongue. It's not a new conjecture. It's one of my favorite features. But regardless of the device, you're going to point to our live, multi-touch interface testimony. On the ETA, Laura, you can see a little bit of it. It's on the test. You can scroll up to the bar where you see it's on your stage. And this is for the low-back. And so, when we pass the test to the young, the primary ERG testimony, what we suspect is very much a lingering. And we have stages before. And if you're prompting to O and O and O, you're going to have to specify the word. But I'm going to suggest O and O and O. So, for example, the stages before come through on the competency test, which is the two-hour one-term, and then the early stages, which is the three-week, and a number of those years first. These terms exaggerate the symptoms. We're also anticipating weren't overdue for strategies that we prefer. For the screening test, through our medical demonstrating, his symptoms and early stages of condition seem to certainly be less deteriorating. In this case, you're no expert, just a co-petitive and a little bit more sophisticated for a firearm cases situation. The next one, in this case, is straight up your own fault. It's been 45 years and you're not going to reduce the burden. In person 7, the report comes to us. The test here, we are concerned that Mr. Vara is not fully performing to the test. He's still delivering. He's still delivering. He's going to get a better report. So, he said, well, I'm still going to go to all tests. You're being over-exaggerated. You're restricted. You're clearly not securing the firearm. What's wrong with that? What's wrong with it? It's something that's important. We need to start with the evidence and say, well, Mr. Vara is only doing based on facts, based on evidence. That's foul. That's incorrect. That's wrong. That's wrong. Well, it's well-intentioned. I mean, we just, both parties supported the record and we've carefully reviewed the additional documentary evidence that we have at St. District Courts that should be considered in that report.  reliant on the present evidence in the degree of correspondence that you're looking for while the U.S. is being considered shortly after the crime. I guess the real question I have for you is in regards to whether or not any of the other agencies have corresponded to this report specifically. Have they been or are they being freed from the perpetrator? There's an internal co-reservation between the firearm reporters and the homeless that's been deterred that we're trying to consider in regards to crime one and crime two and crime two and crime three and I forget the other charges but there's some change and in crime three the local reporters during the development period that you consider all three together in the jury were there that made decisions that he was he was he was required to return in his original position and that's correct that's the policy change that's been brought up in the report and I understand that from the stage of the report that's substantial was that the defense officers gave little consideration to the evidence that established that there was um a significant function in the number of areas for example it's it's um it's requesting that the communication feature between the police and the jury and evidence of somebody who's looking at criminal evidence and that is that is the policy change that was brought up in the report and that is the policy is the policy change  was brought up in  was brought up in  report and that is  that  brought up in the change that was brought  the report and that in the report and  is just my opinion so if there is any community that has a way to engage  their community by doing the  that they have to do so that there is a good and effective way. So I think that that's what I'm going to do. The way that we can do this is by engaging the good and effective way to engage their that they have to    there engage their community by  the that they have  a   effective way to engage they have to do  there is a good way to engage their  by doing the that doing the that they  to do community by doing the  they have to do so that there is a   effective way to engage their community by doing the that they have to do so that there is a good and effective way to engage   by doing the the that they have  do there is a there  good and effective way
judges: Silverman, Tallman, Clifton